[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly.**

Case Title: Wright v. DJ Int'l, et al.

Case Number: 1:21-cv-5085
Judge Franklin U. Valderrama
Magistrate Judge Sheila M. Finnegan

An appearance is hereby filed by the undersigned as a pro se litigant:

**FILED AK**
**9/24/2021**
**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Name: Kenneth Wright

Street Address: P.O. Box 20174

City/State/Zip: Long Beach, CA

Phone Number: (562) 285-2421

Signature: *Kenneth A. Wright*

Executed on (date): 9/24/21

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

☑ I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

kennethw524@gmail.com

E-Mail Address (Please PRINT legibly.)

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**Signature:** *Kenneth A. Wright*

**Email:** kennethw524@gmail.com