Search artists, albums and more...   Explore   Marketplace   Community   Log In   Register



More images

# Frankie Knuckles / Romance – Only The Strong Survive / All Dis Music

| | |
|---|---|
| Label: | FFRR – LPSMP 1 |
| Series: | The House Sound Of Chicago |
| Format: | Vinyl, 12", 45 RPM, Sampler, Promo |
| Country: | UK |
| Released: | Jan 18, 1988 |
| Genre: | Electronic |
| Style: | Deep House, Garage House |

**Release** [r261089]
Edit Release
Recently Edited

**For sale on Discogs**
Sell a copy

2 copies from $10.13

Shop now

**Statistics**

| Have: | 118 | Last Sold: | Dec 7, 2023 |
|---|---|---|---|
| Want: | 211 | Low: | $6.33 |
| Avg Rating: | 4.58 / 5 | Median: | $11.38 |
| Ratings: | 19 | High: | $27.85 |

Share

Add to Collection   Add to Wantlist

## Tracklist

| A | Frankie Knuckles | – Only The Strong Survive |
|---|---|---|
| B | Romance | – All Dis Music |

## Companies, etc.

Lacquer Cut At – Master Room
Pressed By – PRS Ltd.

## Notes

Promo Only Sampler 12" for "The House Sound Of Chicago Vol.III - Acid Tracks" Album.

## Barcode and Other Identifiers

Matrix / Runout (A Side Runout): LP SMP 1 A // 2 ∇ 420 R I I
Matrix / Runout (B Side Runout): LP SMP 1 B // 2 ∇ 420 R I I
Matrix / Runout (A Side Label): ZPMSC 11430
Matrix / Runout (B Side Label): ZPMSC 11431

## Recommendations

    

| **APT.** | **Machines** | **What About This …** | **Acid Tracks** | **The Effe…** |
|---|---|---|---|---|
| N.Y. House'n Authority | Laurent X | Mr. Fingers | Phuture | Major Prob… |
| Released | Released | Released | Released | Released |
| 1989 — US | 1988 — US | 1989 — US | 1987 — US | 1990 — US |
| Vinyl — 12", 33 ⅓ … | Vinyl — 12", 33 ⅓ … | Vinyl — 12", 33 ⅓ … | Vinyl — 12", 33 ⅓ … | Vinyl — … |

## Reviews

Add Review

**Videos (3)**   Edit



10,111

Add to Cart

Reply   See 1 reply   Helpful



Only The Strong Survive ~ Frankie Knuckles
8:55



Romance - All Dis Music (Club Mix)

**Lists** Add to List

1988 by garyhuddersfield

View More Lists →

**Contributors**

**Nyquist**, DarrenCole, anonycatandmouse, shatter, AcidMouse, SeRKeT

Report Suspicious Activity

| About Discogs | Help Is Here | Join In | Follow Us |
|---|---|---|---|
| About Us | Help & Support | Get Started | Facebook |
| Discogs Digs | Submit Feedback | Record Stores | Instagram |
| Careers | Forum | Contribute | Youtube |
| API | Keyboard Shortcuts | Add Release | TikTok |
| | Database Guidelines | Contributor List | LinkedIn |
| | Discogs Shipping | Help Translate | |
| | Start Selling | Record Store Day Releases | |
| | | Advertise With Us | |




© 2024 Discogs®

Case: 1:21-cv-05085 Document #: 51-1 Filed: 02/28/24 Page 9 of 3 PageID #:361

Cookies Settings
Cookie Policy
Terms of Service
Privacy Policy
California Privacy Notice
Accessibility Statement

English